UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Blackrock Burr Ridge, Inc.,<br><br><br>Michael K. Desmond, Trustee<br><br><br>Norah Sheehan and Joseph Sheehan, | )<br>)<br>)<br>)<br>)<br>)<br>Debtor(s)  )<br>)<br>)<br>)<br>Plaintiff(s)  )<br>)<br>)<br>Defendant(s) ) | BK No.:  17-33456<br><br>Chapter:  7<br><br>Honorable Jacqueline P Cox<br><br><br>Adv. No.: 19-00686 |

**Order Extending the Discovery Cutoff Date**

     This matter came before the Court on the Unopposed Motion to Extend Discovery Cutoff Date (the "Motion") filed by Michael K. Desmond, not individually, but solely as trustee for the Estate of Blackrock Burr Ridge, Inc., The Court, finding that due notice has been given and being duly advised in the premises, HEREBY ORDERS THAT:

  1. The Motion is granted;

  2. The discovery cutoff date in this matter is extended to and including July 16, 2021.


Enter: *Jacqueline P. Cox*
_____
Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated:  April 27, 2021

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com