UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Blackrock Burr Ridge, Inc., <br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 17-33456 <br><br> Chapter: 7 <br><br> Honorable Jacqueline P Cox |
| Michael K. Desmond, Trustee <br><br> Plaintiff(s) <br> Norah Sheehan and Joseph Sheehan, <br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Adv. No.: 19-00686 |

**Order Granting the Trustee's Motion in Limine**
**Regarding the Sheehans' Dispute with Sterling Bay**

This matter coming before the Court on the Trustee's Motion in Limine Regarding the Sheehans' Dispute with Sterling Bay (the "Motion") filed by Michael K. Desmond, Trustee, the Court being duly advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. Norah Sheehan and Joseph Sheehan may not present any evidence or argument at trial regarding their dispute with Sterling Companies that gave rise to Sterling Bay's judgment against Blackrock Burr Ridge Inc.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: November 14, 2023

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com