UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Blackrock Burr Ridge, Inc.<br><br>　　　　Debtor. | Chapter 7<br><br>Bankruptcy No. 17-33456<br><br>Honorable Jacqueline P. Cox |
| MICHAEL K. DESMOND, not individually, but solely as Chapter 7 Trustee for the Bankruptcy Estate of BLACKROCK BURR RIDGE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Norah Sheehan and Joseph Sheehan,<br><br>　　　　Defendants. | Adversary No. 19-00686 |

**JOINT LIST OF STIPULATED FACTS**

Pursuant to the Final Pretrial Order, Michael Desmond, not individually, but solely as the Chapter 7 Trustee (the "**Trustee**" or "**Plaintiff**") for the Bankruptcy Estate of Blackrock Burr Ridge, Inc. (the "**Debtor**"), along with Norah Sheehan ("**Norah**") and Joseph Sheehan ("**Joseph**", and, collectively with Norah, the "**Defendants**"), hereby stipulate and agree that the facts stated in this Joint List of Stipulated Facts are not in dispute, and shall be admitted into evidence at the trial before this Court to begin on November 28, 2023.

## STIPULATED FACTS

1. The Trustee seeks to avoid and recover certain Transfers identified in the Complaint pursuant to sections 544, 548 and 550 of the Bankruptcy Code.

2. The Trustee also seeks to disallow any claims that the Defendants may assert against the Debtor.

3. This adversary proceeding arises in Blackrock's chapter 7 bankruptcy case, pending before this Court as case number 17-33456 (the "**Case**").

4. On November 8, 2017 (the "**Petition Date**"), Blackrock filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code, thereby commencing the Case.

5. Plaintiff is the duly appointed chapter 7 trustee of the bankruptcy estate of Blackrock.

6. Norah is, and has since 2007 been, a fifty percent (50%) shareholder of Blackrock.

7. Joseph is Norah's husband.

8. On January 3, 2014, Judge Sanjay Tailor of the state court ordered Sterling Bay Companies, LLC to deposit Blackrock Burr Ridge's "Profit Distribution Proceeds" in the amount of $ 1,447,900.00 (plus any accumulated interest) with the Clerk of the Court.

2

9. On January 21, 2016, Judge Sanjay Tailor of the state court ordered the Clerk of the Court to "immediately release $1,447,900.90 plus interest accrued in the Clerk's escrow account" and then to have these funds "made payable Blackrock Burr Ridge, Inc, [and] Attorneys, Kreamer Law Group, LLC".

10. On January 27, 2016, the Clerk of the Circuit Court of Cook County issued check number 1605 (the "**Check**") payable to Blackrock Burr Ridge, Inc. and Kreamer Law Group, LLC. in the amount of $1,458,060.35.

11. On February 2, 2016, the Check was deposited into account number x6689 ("**Blackrock's Account**") at Grand Ridge National Bank and owned by Blackrock Burr Ridge Inc.

12. Kreamer Law Group LLC was paid funds from the Debtor's account totaling $103,000.00 on or around February 2, 2016.

13. On February 9, 2016, the balance of the Check proceeds, $1,355,060.35, was transferred (the "**Transfer**") from Blackrock's Account to account number x2375 ("**Defendants' Account**") also held at Grand Ridge National Bank and owned by Joseph and Norah.

14. On or about February 17, 2016, Norah made a payment as against mortgage loan number 767 with Grand Ridge National Bank.

15. On or about February 17, 2016, Norah made a payment as against mortgage loan number 7882 with Grand Ridge National Bank.

16. The Transfer occurred within two years of the Petition Date.

17. Norah is an insider of the Debtor.

18. Norah was a shareholder of the Debtor and was a recipient of the Transfer.

19. On April 5, 2017, Tarpey and Wix, as counsel, for Sterling Bay Companies, LLC and others, filed a Supplemental Memorandum in Support of Petition for Attorneys' Fees. That filing requested judgment against the Debtor of $1,152,406.64, consisting of fees of $1,097,187.70 in attorneys' fees and $55,218.83 in expenses.

20. On May 25, 2017, Judge Budzinski entered judgment awarding the defendants their attorneys fees and costs of $1,152,406.64 and denying plaintiffs' petition for attorneys' fees.

21. Norah Sheehan never executed or submitted an Official Form 410, Proof of Claim, in the Chapter 7 bankruptcy case of Blackrock Burr Ridge, Inc. Nor was an Official Form 410, Proof of Claim, executed and submitted on her behalf.

22. Daniel Tarpey, counsel for Sterling Bay Companies, LLC ("Sterling Bay"), executed and submitted an Official Form 410, Proof of Claim, on behalf of Sterling Bay on October 17, 2018.

23. Sterling Bay is the only entity to submit an Official Form 410, Proof of

4

Claim, in the Chapter 7 bankruptcy case of Blackrock Burr Ridge, Inc.

Dated: November 27, 2023

Respectfully submitted,

| | |
|---|---|
| **Michael K. Desmond**, not individually but solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of Blackrock Burr Ridge, Inc.<br><br>By: /s/ William J. Factor<br><br>One of His Attorneys<br><br>William J. Factor (6205675)<br>Lars A. Peterson (6293551)<br>**FACTORLAW**<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602<br>Tel:        (312) 878-6976<br>Fax:       (847) 574-8233<br>Email:    wfactor@wfactorlaw.com<br>              lpeterson@wfactorlaw.com | Norah Sheehan, defendant<br><br>/s/ Norah E. Sheehan<br><br><br>Joseph Sheehan, defendant<br><br>/s/ Joseph M Sheehan |