UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Blackrock Burr Ridge, Inc.,<br><br>Debtor(s)<br><br>Michael K. Desmond, Trustee,<br><br>Plaintiff(s)<br><br>Norah Sheehan and Joseph Sheehan,<br><br>Defendant(s) | BK No.: 17-33456<br>Chapter: 7<br>Honorable Jacqueline P Cox<br><br>Adv. No.: 19-00686 |

**JUDGMENT**

THIS CAUSE coming on to be heard on the motion (the "Motion") of Michael K. Desmond, as trustee for the estate of Blackrock Burr Ridge Inc. (the "Trustee"), for entry of final judgment, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of the Trustee, and against Norah Sheehan and Joseph Sheehan, jointly and severally, on Counts I, II, III, IV, V and VI of the Complaint in the amount of $1,355,060.35, plus prejudgment and postjudgment interest, as set forth below.

2. Prejudgment interest is awarded in favor of the Trustee, and against Norah Sheehan and Joseph Sheehan, jointly and severally, for the period from February 9, 2016 through March 20, 2025 in the amount of $692,832.00 (5.616% prejudgment interest rate).

3. Postjudgment interest is awarded in favor of the Trustee, and against Norah Sheehan and Joseph Sheehan, jointly and severally, from March 20, 2025, at the statutory rate of 9% per annum, as provided by 735 ILCS 5/2-1303.

4, Judgment is entered in favor of defendants Norah Sheehan and Joseph Sheehan on Count VII of the Complaint.

Enter: _Jacqueline P. Cox_

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: May 06, 2025

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com